UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 FEB 14  P 1: 38

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIM. NO. 3:02CR329(SRU) |
| RAMEK GORDON | : FEBRUARY 10, 2005 |

## REQUEST FOR LEAVE
## TO FILE DOCUMENT UNDER SEAL

The defendant, Ramek Gordon, hereby requests leave to file the accompanying document under seal. In support of this Motion, defendant states that the filing of this document under seal is in the interest of justice as the document contains confidential information.

Respectfully submitted,

THE DEFENDANT,
RAMEK GORDON

THOMAS G. DENNIS
FEDERAL DEFENDER

Dated: FEBRUARY 10, 2005

Paul F. Thomas
Asst. Federal Defender
2 Whitney Ave., Suite 300
New Haven, CT 06510
Bar No. ct01724
(203) 498-4200

### CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing REQUEST TO FILE DOCUMENT UNDER SEAL has been mailed to Karen Peck, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, and to Mark D. Myers, United States Probation Officer, 157 Church Street, New Haven, CT 06510, on this 10th day of February, 2004.

Paul F. Thomas