UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIM. NO. 3:02CR329(AHN) |
| | : | |
| RAMEK GORDON | : | SEPTEMBER 8, 2005 |
| | : | |

**REQUEST FOR LEAVE
TO FILE DOCUMENT UNDER SEAL**

  The defendant, Ramek Gordon, hereby requests leave to file the accompanying document under seal. In support of this Motion, defendant states that the filing of this document under seal is in the interest of justice as the document contains confidential information.

                Respectfully submitted,

                THE DEFENDANT,
                RAMEK GORDON

                THOMAS G. DENNIS
                FEDERAL DEFENDER

Dated: SEPTEMBER 8, 2005      /s/
                Paul F. Thomas
                Asst. Federal Defender
                2 Whitney Ave., Suite 300
                New Haven, CT 06510
                Bar No. ct01724
                (203) 498-4200

<u>CERTIFICATION</u>

  I HEREBY CERTIFY that a copy of the foregoing REQUEST TO FILE DOCUMENT UNDER SEAL has been mailed to Anthony Kaplan, Esq., Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, and to Mark D. Myers, United States Probation Officer, 157 Church Street, New Haven, CT 06510, on this 8th day of September, 2005.

                /s/
                Paul F. Thomas