UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIM. NO. 3:02CR329(AHN) |
| | : | |
| RAMEK GORDON | : | NOVEMBER 15, 2006 |

**REQUEST FOR LEAVE
TO FILE DOCUMENT UNDER SEAL**

The defendant, Ramek Gordon, hereby requests leave to file the accompanying document under seal. In support of this Motion, defendant states that the filing of this document under seal is in the interest of justice as the document contains confidential information.

Respectfully submitted,

THE DEFENDANT,
RAMEK GORDON

THOMAS G. DENNIS
FEDERAL DEFENDER

Dated: NOVEMBER 15, 2006          /s/
Paul F. Thomas
Asst. Federal Defender
2 Whitney Ave., Suite 300
New Haven, CT  06510
Bar No. ct01724
(203) 498-4200

CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing REQUEST FOR LEAVE TO FILE DOCUMENT UNDER SEAL has been mailed to Karen L. Peck, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, and to Mark D. Myers, United States Probation Officer, 157 Church Street, New Haven, CT 06510, on this 15th day of November 2006.

          /s/
Paul F. Thomas