UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2006 DEC 20  A 10: 52

U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 3:02CR00329(AHN) |
| RAMEEK GORDON | : | |

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Connecticut hereby dismisses Count One of the Indictment against the defendant Rameek Gordon.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

By Richard J. Schechter

KAREN L. PECK
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET
NEW HAVEN, CT  06510
FEDERAL BAR NO. ct14959
(203) 821-3700

Leave of court is granted for the filing of the foregoing dismissal.

_____
HONORABLE ALAN H. NEVAS
SENIOR UNITED STATES DISTRICT JUDGE

Dated: 12/19/06

C E R T I F I C A T I O N

A copy of the within and foregoing Order for Dismissal has been mailed, postage prepaid, on this 19th day of December 2006 to:

Paul Thomas, Esq.
Assistant Federal Public Defender
Office of the Federal Public Defender
2 Whitney Avenue, Suite 300
New Haven, CT  06510


By Richard Schechter
KAREN L. PECK
ASSISTANT UNITED STATES ATTORNEY